# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEITH EDWARDS, as guardian and conservator for JERRY BLASINGAME,<br><br>Plaintiff,<br>vs.<br><br>OFFICER J. GRUBBS, #6416, and CITY OF ATLANTA/ATLANTA POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-02047-SCJ |

## DEFENDANT OFFICER J. GRUBBS' AMENDED NOTICE OF APPEAL

Defendant Officer J. Grubbs, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, files this Amended Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit. In addition to the grounds stated in his original Notice of Appeal, Officer J. Grubbs appeals from the Order entered September 14, 2022 (Doc. 177) denying Officer Grubbs' Renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50 (Doc. 155), from the Judgment entered against Officer J. Grubbs on September 14, 2022, from the Order entered March 30, 2023 (Doc. 219) denying Officer Grubbs' Motion

for relief from Judgment (Doc. 207), and from all other adverse rulings in the above-styled case.

Respectfully submitted this 26th day of April, 2023.

/s/  Staci J. Miller
Staci J. Miller
Georgia Bar No.: 601594
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
Tel: 404.546.4100
sjmiller@atlantaga.gov

/s/  Hermise Pierre
Hermise Pierre
Georgia Bar No.: 597541
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
Tel: 470-898-8711
hpierre@atlantaga.gov

/s/  Harold D. Melton
Harold D. Melton, GA Bar No. 501570
Charles E. Peeler, GA Bar No. 570399
Kimberly D. Eason, GA Bar No. 428618
Elizabeth P. Waldbeser, GA Bar No. 430797
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Facsimile: (404) 885-3900
harold.melton@troutman.com
charles.peeler@troutman.com
kimberly.eason@troutman.com
elizabeth.waldbeser@troutman.com

/s/ James E. Dearing, Jr.
James E. Dearing, Jr.
Georgia Bar. No.: 215090
1596 W. Cleveland Avenue, Suite 102
East Point, GA 30344
Tel: 404.870.0010
jdearing@jed-law.com

*Attorneys for Defendants*
*Officer Grubbs and City of Atlanta*

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, I hereby certify that the above **DEFENDANT OFFICER J. GRUBBS' NOTICE OF APPEAL** was prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

                                            */s/ Harold D. Melton*
                                            Harold D. Melton
                                            Georgia Bar No. 501570

148696845

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2023, the above **DEFENDANT OFFICER J. GRUBBS' AMENDED NOTICE OF APPEAL** was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

*/s/ Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570

148696845